**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 517 EAL 2020

         Respondent               :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

         v.                       :

                                     :

                                     :

DAMIR WILLIAMS,                    :

                                     :

         Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.